**Shirley J. NEELEY, Commissioner of Education, Appellant**

v.

**ALPHONSO CRUTCH LIFE SUPPORT CENTER; Denise Russell; Denise Russell as Next Friend of W.H., J.H. & J.H.; Chairman Robert Muhammad; Durce Muhammad; Andrea Bernal; Robert Sorto; John Robinson; Joseph Omowale; Britnee Burleson; Modiani Brown Adekeye; Linguede Russell; Curtis Lee; Sabrina White; Eric Lewis; Brooke Lynne Burleson; Arrick Adams; and Ashley Belford, Appellees.**

No. 03–06–00003–CV.

Court of Appeals of Texas, Austin.

May 17, 2006.

Merle Hoffman Dover, and Kristofer S. Monson, for Commissioner of Education Shirley J. Neeley.

Gary L. Bledsoe, for Alphonso Crutch Life Support Center, Denise Russell, J.H. & J.H. Denise Russell as Next Friend of W.H., Chairman Robert Muhammad, Durce Muhammad, Andrea Bernal, Robert Sorto, John Robinson, Joseph Omowale, Britnee Burleson, Modiani Brown Adekeye, Linguede Russell, Curtis Lee, Sabri-

na White, Eric Lewis, Brooke Lynne Burleson, Arrick Adams, and Ashley Belford.

Before Justices B.A. SMITH, PURYEAR and WALDROP.

## ORDER

G. ALAN WALDROP, Justice.

The reporter's record in this accelerated appeal is overdue. The order concerning appellant's plea to the jurisdiction was signed on December 15, 2005. The notice of appeal was filed January 3, 2006. Because this interlocutory appeal is accelerated, the reporter's record was due January 13, 2006. *See* Tex.R.App. P. 35.1(b).

By letter dated February 13, 2006, this Court's clerk notified the court reporter, LaSonya Thomas, that the reporter's record was overdue. The clerk requested that she file either the record or an estimated completion date for the record by February 23, 2006. By letter dated March 1, 2006, the clerk informed the parties that, unless the record or some other response was filed by March 13, 2006, this Court would consider the appeal without the reporter's record. By letter dated March 2, 2006, Thomas informed this Court that she had been ill, but could file the record by March 9, 2006.

By letter dated March 29, 2006, this Court's clerk notified Thomas that the record was overdue. The clerk requested she file either the record or an estimation of when the record would be completed by April 10, 2006. The clerk cautioned that, without such a filing, the matter would be referred to the Court for an order. No reporter's record or estimation of a filing date has been filed.

This Court **ORDERS** LaSonya Thomas, official court reporter of the 261st District Court, to file the reporter's record in this appeal by May 30, 2006.

It is ordered.